## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Vera Scanlon           **DATE:** 6/17/14

**DOCKET NUMBER:** 14 M 403           **LOG #:** 11:10 – 11:13

**DEFENDANT'S NAME:** Doris Yembe

✓ Present   ___ Not Present   ✓ Custody   ___ Bail

**DEFENSE COUNSEL:** Leslie Thomas

___ Federal Defender   ___ CJA   ___ Retained

**A.U.S.A:** Justin Lerev           **DEPUTY CLERK:** G Mynh

**INTERPRETER:** _____   (Language) _____

_____ Hearing held. _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay entered.   Code Type ___   Start 6/24   Stop 7/24/14

___ Order of Speedy Trial entered.   Code Type ___   Start ___   Stop ___

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for ___ @ ___ before Judge ___

**OTHERS:**