```
 1                      UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF NEW YORK
 2

 3    -------------------------------X
                                     :
 4    UNITED STATES OF AMERICA,      :
                                     :  14-MJ-403 (RML)
 5              v.                   :
                                     :  July 24, 2014
 6    DORIS HENRIETTE YEMBE,         :  Brooklyn, New York
                                     :
 7                  Defendant.       :
                                     :
 8    -------------------------------X

 9
            TRANSCRIPT OF CRIMINAL CAUSE FOR EXCLUDABLE DELAY
10                BEFORE THE HONORABLE JOAN M. AZRACK
                    UNITED STATES MAGISTRATE JUDGE
11

12    APPEARANCES:

13
      For the Government:        UNITED STATES ATTORNEY
14                                BY:  JUSTIN DAVID LERER, ESQ.
                                  ASSISTANT U.S. ATTORNEY
15

16    For the Defendant:         LESLIE R. JONES, ESQ.
                                 299 Broadway, Suite 1700
17                               New York, New York 10007

18                               COURTNEY DEAVY, ESQ.
                                 305 Broadway, Suite 1400
19                               New York, New York  10007

20
      Court Transcriber:         SHARI RIEMER, CET-805
21                               TypeWrite Word Processing Service
                                 211 N. Milton Road
22                               Saratoga Springs, New York 12866

23

24

25


      Proceedings recorded by electronic sound recording,
      transcript produced by transcription service
```

```
                                                                   2

 1              THE CLERK:  Criminal cause for Order of Excludable
 2   Delay.  Case No. 14-403-M, USA v. Doris Yembe.  Counsel
 3   [inaudible] the record.
 4              THE COURT:  Oh, wait.  Okay.  Okay, Justin.
 5              MR. LERER:  Good morning, Your Honor.  Justin Lerer
 6   for the United States.  With me is an intern in our office,
 7   Monica Mleczko, M-L-E-C-Z-K-O, who is a rising second-year
 8   student at Harvard Law School, and the defense counsel has
 9   already consented, with your consent Ms. Mleczko would do the
10   remainder [inaudible].
11              THE COURT:  Okay.  That's fine.  Okay.
12              MR. LERER:  Mleczko.
13              THE COURT:  Yes, Mleczko.
14              And appearance?
15              MR. DEAVY:  Good morning, Your Honor.  Courtney Deavy
16   for Ms. Yembe.
17              THE COURT:  What is your application?
18              MS. MLECZKO:  Your Honor, the parties have submitted
19   a written application for an Order of Excludable Delay under
20   the Speedy Trial Act.  Time in this case has already been
21   excluded from -- through July 24th, and the parties request
22   that it be excluded from July 24th through August 25th.  These
23   parties are currently engaged in plea negotiations that might
24   result in the disposition.
25              THE COURT:  Is this the second application of this
```

```
                                                                  3
 1   nature?
 2              MS. MLECZKO:  Yes, Your Honor.
 3              THE COURT:  Okay.
 4              And what's the defense position?
 5              MR. DEAVY:  We join the application, Your Honor.
 6              THE COURT:  All right.
 7              So, Ms. Yembe, I know this has been explained to you
 8   before, but let me make sure you understand again today.  You
 9   have the right to be charged formally within 30 days of your
10   arrest, which means the government either goes to a grand jury
11   to seek an indictment or gives you a preliminary hearing.  If
12   they don't do either of those by the end of the 30th day, your
13   lawyer could ask that the charges be dismissed.
14              This application today gives them an additional 30
15   days to consider how to proceed.  So that 30-day clock will
16   continue to be stopped between today, July 24th, and August
17   25th.  But we can't do that unless you agree to it, and you're
18   free to not agree to it if you wish.  So how would you like to
19   proceed?
20              THE DEFENDANT:  Whatever my lawyer says is what I
21   choose to do.
22              THE COURT:  Okay.  So you want to exclude time until
23   August 25th?
24              MR. DEAVY:  Yes, Your Honor.
25              THE COURT:  Do you have any questions about what your
```

```
                                                              4
 1  rights are in this regard?
 2          All right.  I'll approve this exclusion between today
 3  and August 25th, this hopefully resulting in a disposition of
 4  the matter without a trial.  And this will be back on for a
 5  status unless you proceed in some other way.
 6          Okay.  Thank you.
 7          MR. DEAVY:  Thank you, Your Honor.
 8                      *  *  *  *  *  *
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                              5
 1      I certify that the foregoing is a court transcript from an
 2  electronic sound recording of the proceedings in the above-
 3  entitled matter.
 4
 5                          _____
 6                                Shari Riemer, CET-805
 7  Dated:  January 7, 2015
```