

## COLSON & HARRIS LLP

80 Broad Street
19th Floor
New York, NY 10004

T 212-257-6455
F 212-257-6453

January 16, 2015

By Fax: (718) 613-2345

Magistrate Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re:   *U.S. v. Doris Yembe,* 14 M 403

Dear Judge Levy:

I write at Ms. Yembe's request to ask that she be permitted to wear street clothes to the status conference on February 6, 2015. Your Honor previously granted Ms. Yembe permission to wear street clothes to her December 22, 2014, status conference. However, she did not receive the clothing on time. AUSA Justin Lerer and the U.S. Marshals took no position on the initial request. The Bureau of Prisons voiced its opinion in a letter to Your Honor dated December 18, 2014.

A proposed order is attached. Thank you for your consideration.

Very truly yours,

-s-

Deborah Colson
(212) 257-6452

cc:   AUSA Justin Lerer
      BOP Legal Department

Enclosure

15831