UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | **COMPETENCY EXAMINATION ORDER** |
| - against - | |
| DORIS HENRIETTE YEMBE, | 14-M-403 |
| Defendant. | |

- - - - - - - - - - - - - - X

LEVY, Magistrate Judge

      The Court has found that there is reasonable cause to believe that the defendant Doris Henriette Yembe may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her own defense. It is therefore hereby:

      ORDERED, pursuant to 18 U.S.C. § 4241(a), that there will be a hearing to determine the defendant's mental competency;

      IT IS FURTHER ORDERED, pursuant to 18 U.S.C. §§ 4241(b), 4247(b) and 4247(c), that psychiatrist Dr. Stuart B. Kleinman shall conduct a psychiatric or psychological examination of the defendant and prepare and file a report with the Court and provide copies of the report to the defendant and to the attorney for the Government. The report shall include:

      (1) the defendant's history and present symptoms;

      (2) a description of the psychiatric, psychological and medical tests that were employed and their results;

(3) the examiner's findings; and

(4) the examiner's opinions as to diagnosis, prognosis and whether the defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

IT IS RECOMMENDED, that the BOP provide Dr. Kleinman with access to the Metropolitan Detention Center Brooklyn, according to BOP procedures, in order for him to examine the defendant;

IT IS FURTHER ORDERED, that Dr. Kleinman prepare a preliminary report, to be supplemented as appropriate, and provide it to the Court and the parties on or before February 6, 2015.

SO ORDERED.

Dated: Brooklyn, New York
January 20, 2015

THE HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK