

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 10, 2015

<u>By Regular Mail and ECF</u>

Deborah Austern Colson
Colson & Harris LLP
80 Broad Street
19th Floor
New York, NY 10004

   Re: <u>United States v. Doris Henriette Yembe, 14-M-403</u>

Dear Ms. Colson:

   The government hereby produces the forensic psychiatric report of Dr. Stuart B. Kleinman.  The government also produces materials that it provided to Dr. Kleinman, as listed below:

| Document Type | Document description | Starting Bates # |
|---|---|---|
| **Correspondence from Defendant** | 9/16/2014 letter from Yembe to Lerer | YEMBE-000001 |
| | 9/30/2014 letter from Yembe to Lerer | YEMBE-000004 |
| | 10/19/2014 letter from Yembe to Lerer | YEMBE-000016 |
| | 10/20/2014 letter from Yembe to Lerer | YEMBE-000036 |
| | 10/22/2014 letter from Yembe to Lerer | YEMBE-000042 |
| | 10/25/2014 letter from Yembe to Lerer | YEMBE-000043 |
| | 10/28/2014 letter from Yembe to Lerer | YEMBE-000048 |
| | 11/20/2014 letter from Yembe to Lerer | YEMBE-000053 |
| **Dr. Fossey Notes** | Dr. Myrtis Fossey's notes on Doris Yembe, 2011 | YEMBE-000062 |
| | Dr. Myrtis Fossey's notes on Doris Yembe, 2012 | YEMBE-000069 |

| | | |
|---|---|---|
| | Dr. Myrtis Fossey's notes on Doris Yembe, 2013 | YEMBE-000073 |
| | Dr. Myrtis Fossey's notes on Doris Yembe, 2014 | YEMBE-000076 |
| **Court Transcripts** | U.S. v. Yembe - 4/30/2014 Transcript | YEMBE-000082 |
| | U.S. v. Yembe - 6/17/2014 Transcript | YEMBE-000098 |
| | U.S. v. Yembe - 7/24/2014 Transcript | YEMBE-000104 |
| | U.S. v. Yembe - 8/22/2014 Transcript | YEMBE-000109 |
| | U.S. v. Yembe - 10/21/2014 Transcript | YEMBE-000113 |
| | U.S. v. Yembe - 12/22/2014 Transcript | YEMBE-000133 |
| **Defendant's Statements** | Yembe Post-arrest statement ROI, 5/7/2014 | YEMBE-002102 |
| | Yembe Proffer notes, 8/14/2014 | YEMBE-002106 |
| **BOP Materials** | Bureau of Prisons Health Services records for Doris Yembe | YEMBE-001970 |
| | Yembe MDC emails[1] | YEMBE-000148 |
| **Court Papers** | U.S. v. Yembe Complaint, signed 4/28/2014 | YEMBE-002090 |
| | Yembe Pro-se Habeas petition, 12/17/2014 | YEMBE-002038 |
| | Amended Verified Complaint, 6/4/2014 | YEMBE-002064 |
| **Other** | Forensic-Psychiatric Evaluation of Doris Yembe by Dr. Alexander Bardey, 12/18/2014 | YEMBE-002124 |
| | Yembe YouTube video | YEMBE-002131 |

---

[1] These e-mails include e-mails between the defendant and counsel. The government has instructed Dr. Kleinman not to review e-mails between the defendant and counsel. However, the government reserves the right to use these e-mails in the future, including in these competency proceedings. See United States v. Walia, No. 14-CR-213 (MKB), 2014 WL 3734522, at *16 (E.D.N.Y. July 25, 2014); United States v. Asaro, No. 14-Cr-26 (ARR), slip op. (E.D.N.Y. July 15, 2014).

The government requests reciprocal discovery of all materials provided to Dr. Alexander Sasha Bardey.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: /s/ Justin D. Lerer
Justin D. Lerer
Assistant U.S. Attorney
(718) 254-6124

cc (by ECF and Hand w/o supporting materials): Hon. Robert M. Levy

3