**COLSON & HARRIS LLP**

80 Broad Street
19th Floor
New York, NY 10004

T 212-257-6455
F 212-257-6453

February 19, 2015

By Fax: (718) 613-2345

Magistrate Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

  Re: *U.S. v. Doris Yembe,* (14 M 403)

Dear Judge Levy:

  I write at Ms. Yembe's request to ask that she be permitted to wear street clothes to the status conference on February 23, 2015. Your Honor previously granted Ms. Yembe permission to wear street clothes to her December 22, 2014 and February 6, 2015 appearances. AUSA Justin Lerer and the U.S. Marshals took no position on the initial request. The Bureau of Prisons voiced its opinion in a letter to Your Honor dated December 18, 2014.

  A proposed order is attached. Thank you for your consideration.

           Very truly yours,

           *-s-*

           Deborah Colson
           (212) 257-6452

cc: AUSA Justin Lerer
   BOP Legal Department

Enclosure

16434

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

UNITED STATES

    V.

DORIS YEMBE
_____

14 M 403 (RML)

<u>ORDER</u>

Robert M. Levy, U.S.M.J.

    Upon the application of Deborah Colson, counsel for Doris Yembe, IT IS HEREBY ORDERED, that the Metropolitan Detention Center allow Ms. Yembe, Registration #05176-104, to wear her street clothes to the court appearance on February 23, 2015.

Dated:    New York, N.Y.
             February    , 2015

                                          SO ORDERED:

                                          _____
                                          Robert M. Levy
                                          United States District Judge

16434