

80 Broad Street
19th Floor
New York, NY 10004

T 212-257-6455
F 212-257-6453

February 23, 2015

By ECF

Honorable Robert Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *United States v. Doris Yembe,* 14 M 403

Dear Judge Levy:

    I write to request (1) permission to send $25.00 per month to Ms. Yembe's commissary account at the MDC to enable her to communicate with me via Corrlinks and (2) for authorization to submit payment under the Criminal Justice Act for reimbursement of money expended.

    Corrlinks is an email service available to federal defendants detained by the BOP.  All correspondence through Corrlinks is subject to BOP monitoring.  Corrlinks emails cost five cents per minute.  Printing Corrlinks emails costs fifteen cents per page.

    Ms. Yembe emails me frequently using the Corrlinks system.  My continued ability to communicate with her over Corrlinks will save me multiple trips to the MDC and result in a substantial savings of CJA funds.

    There is precedent for this motion. CJA attorney Robert LaRusso tells me that Judge Bianco granted a similar request in *United States v. Olena Kalichenko*, 14 Cr. 95.

    Thank you for your consideration.

                            Very truly yours,

                            /s/

                            Deborah Colson
                            (212) 257-6455

cc:   AUSA Justin Lerer

16481.docx