TRULINCS 05176104 - YEMBE, DORIS - Unit: BRO-E-A

--------------------------------------------------------------------------------

FROM: 05176104
TO:
SUBJECT: My Grateful Appreciation!
DATE: 02/14/2015 05:44:02 PM

February 14 2015                                          Brooklyn, New York

Delivered Via Legal Mail

Honorable and Respected
Judge Robert M. Levy
Eastern District Court of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Respected and Honorable Judge Levy , I hope you don't mind me referring to you as Judge Levy as suppose to
Magistrate Judge, which I use on all formal submissions of requests however, due to the fact that I think so highly of you, I
chose to call you Judge.I am sure one day your position shall be escalated and promoted to such judging by your professional
way of handling my case and your reputation of being a fair Judge which proceeds you greatly as well.

I wish to thank you greatly, as Deborah Colson has advised me that the CJA Investigator request has been granted. Thank you
very much for this, we are selecting the proper Immigration counsel to handle my immigration matter this week and will advise
you shortly of the final decision on this matter as well.

Deborah, after our last meeting, which took place in MDC yesterday, advised that I shall file the motion in person on our
schedule hearing on February 23 2015. I would like therefore, to request a second conference for the ruling to be made during
my period of pre-indictment which time has been excluded until March 2 2015. I would like this request to be addressed in order
for me to benefit of this time to maximize my chances of success especially given Mr. Lerer will be away for 3 weeks, I see
unfair me having to suffer additional pre-trial trauma while his pre-judicial delay affects only me who is currently incarcerated.

May you please schedule this hearing and have it added on my Criminal Docket sheet, please.

Lastly, I am making another request for wearing my business attire on Feb 23 2015 as well as any conference scheduled post
February 23 2015 until this case is closed.

I will make the same request officially on the records in court and submit this request for records as well.

Respectfully and Kindly submitted,

Happy Valentines day!

Doris Henriette Yembe,Proud Follower Of Jesus Christ
John 10:10 and I came that they may have life and that they may have it, more abundantly

TRULINCS 05176104 - YEMBE, DORIS - Unit: BRO-E-A

---------------------------------------------------------------------------------------------

FROM: 05176104
TO:
SUBJECT: Habeas Corpus 28 U.S.C &2241-Discharge of Ms.Yembe
DATE: 02/14/2015 05:48:28 PM

February 14 2015                                                   Brooklyn, New York

Delivered in Person in Court before Judge Robert Levy
on Scheduled Conference February 23 2015

Honorable and Respected
Magistrate Judge Robert M Levy              - Document  n  (d ' ,  pioce's -
Eastern District Court of New York
225 Cadman Plaza East                                             u )
Brooklyn, New York 11201

Per Habeas Corpus relief under 28.U.S.C & 2241, I am challenging the Federal Government of the United States for unlawful, lengthy ,unusual and hard punishment as well as lengthy pre-trial detention. I am making an official request for  the court ordered dismissal /discharge of criminal complaint 14-MJ-403 RML for violation of rule 18 U.S.C 1343, criminal charges, permanent order of detention, Forfeiture Action of property and assets (7 Items) seized for allegations of association to proceeds of alleged crime. I request a Court Ordered release of DORIS HENRIETTE YEMBE, assets and property (7 items), from Federal Custody, Federal Bureau of Prisons, Metropolitan Detention Center, Homeland Security Border of Protections and JFK offices, parking spaces, indoor and outdoor facilities, where the 7 items seized are currently located to be made effective on scheduled conference/motion hearing of February 23 2015.

Per the Magistrate Act, a Magistrate Judge can exercise full authority to rule and grant an Habeas Corpus Relief petition to a defendant in Pre-Trial Detention.

Per Judge Weinstein, facilities are not available to hold non- convicted detainees under conditions less restrictive and less punitive in nature than those in Federal Prisons. Gallo Supra at 334. The length of confinement cannot be ignored. Judge Weinstein concluded that those subjected to the << hardship of a lengthy>> pre-sentence detention under <, harsh conditions>> may be therefore be meritorious of departure stating :"We cannot measurable alter the conditions of pre-trial detention consistent with its limited purpose... but we can alter the << length of incarceration>> Gallo at 334

In METROPOLITAN DETENTION CENTER BROOKLYN, High Security prison, is a dangerous and traumatic facility which represents substantially harsher conditions , then similarly situated offender who serve the same amount of time as sentenced inmate in a Federal Prison Camp.

| Designated Federal Prison Camp | Metropolitan Detention Center Brooklyn |
|---|---|
| -Safe Environment with Sentences non-violent offenders | -Dangerous environment, housed with sentenced and non-sentenced offenders. |
| -Unlimited Access to Law Library, with numerous resources and updated publications. Access to internet and computers permitted. | -No set schedule for Law Library Access, very limited resource no updated publications, internet access denied. |
| -Relative freedom to walk about , no lock down counts. | -Cannot walk about freedom greatly inhibited, several random census count and 2 lock down counts per day. |
| -Numerous Items and necessities for living health care, etc... Available to purchase at commissary. | -Very restricted items and necessities available for purchase at commissary. |
| -Staff and officers understanding to inmates needs | -High security staff, intolerant to inmate needs, aggressive abusive overall oppressive. |

TRULINCS  05176104 - YEMBE, DORIS - Unit: BRO-E-A

--------------------------------------------------------------------------------------------------------------

-Quality and quantity of food is good

-Poor quality and quantity of food. Unhealthy conditions to eat unsanitary living conditions, cold showers. Poor medical follow up.

-Open living conditions, with abundant fresh air and ventilation

- Oppressive sealed environment with no fresh air no sunlight and no ventilation.

For all these facts, supported by Judges and Law enforcement officers who vouched for true justice as suppose to nefarious corruption, I Doris Henriette Yembe respectfully submit in the name of Jesus, a writ of Habeas Corpus 28. U.S.C & 2241 before the court and Honorable and Respected Magistrate Judge Robert M. Levy.

_____ PRO SE

Doris Henriette Yembe, Proud Follower of Jesus Christ
James 1:25 ***ESV Bible Version***
"But the one who looks into the Perfect Law, the law of Liberty" [...]

TRULINCS 05176104 - YEMBE, DORIS - Unit: BRO-E-A

--------------------------------------------------------------------------------------------------------

FROM: 05176104
TO:
SUBJECT: APPENDIX-List of Content
DATE: 02/14/2015 05:47:33 PM

APPENDIX

### WRIT OF HABEAS CORPUS PETITION 28 U.S.C & 2241
### LIST OF CONTENTS

Writ of Habeas Corpus Petition 28 U.S.C & 2241 Petition
for Dismissal/Discharge of Criminal Charges
&
Criminal Complaint against Ms.Yembe

- EXHIBIT 1 -Documents used by the Government of United States to Justify Permanent Order of Detention

- EXHIBIT 2 -Actions taken by US Government per " unverified allegations "

-EXHIBIT 3 -Mental Health -State of Mind, Trauma, Prison Psychology

-EXHIBIT 4 -Governmental Tactics of Intimidation # 1 STRIP SEARCHES

-EXHIBIT 5 -Ms.Yembe Business Woman/Business Executive History and Background

-EXHIBIT 6 -Competency Matter

-EXHIBIT 7 -Cross -Examination of Dr.Alexander Sasha Bardey Forensic Report

-EXHIBIT 8 -Cross- Examination of Dr. Stuart Kleinman Forensic Report

-EXHIBIT 9 -(WSIG/TRINITY) Corporations former <<FRAUDULENT>> Partners and tactics of
Victimization

-CONCLUSION