TRULINCS 05176104 - YEMBE, DORIS - Unit: BRO-E-A

ORIGINAL

---

FROM: 05176104
TO:
SUBJECT: Request for Immigration Counsel/CJA Investigator
DATE: 02/10/2015 08:08:00 PM

February 10th 2015                                          Brooklyn, New York



Delivered Via Legal Mail

Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Honorable and Respected Judge Levy,

As per conference held on February 5 2015 before yourself, Deborah Colson and Justin David Lerer for The Government;
A motion hearing took place pertaining to the immigration matter raised by Ms.Yembe.

The Government argued that the Criminal Court had no authority to rule on such petition however, the court replied on record that "This was a knot that needs to be untied".

For this reason, the defense is requesting financial assistance pertaining to retaining and hiring proper immigration counsel for purpose of addressing the proper court and parties in regards of untying the knot and furthermore, obtain justice.

Ms.Yembe, wish permission to retain appropriate counsel to protect from deportation or/and further incarceration from ICE upon upcoming closure of criminal case 14-MJ-403.

Ms.Yembe request to address this immigration issue prior to scheduled conference (February 23 2015, at 10:30 AM)

Furthermore, pertaining to Motion to be filed and Motion hearing to take place on February 23 2015 at 10:30 AM missing data needs to be collected in order to complete the motion to be filed before February 23 2015 and the defense request for a CJA Investigator to be retained at Deborah Colson discretion.

We gratefully thank the court in advance for consideration and granting my request for sake of Justice to be rendered.

Respectfully Submitted,

_[signature]_

Doris Henriette Yembe, Proud Follower of Jesus Christ
James 1:25 The Perfect law that gives Liberty

Approved Request by:

_____
Honorable and Respected
Magistrate Judge Robert M. Levy

NEW YORK NY 100
11 FEB 2015 PM 3 L

Metropolitan Detention Center
Doris Yembe 05176-104
P.O Box 329002
Brooklyn, New York 11232

Urgent
Confidential

Honorable & Respected Judge
Robert M. Levy
Eastern District Court of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Legal Mail

112013168E

May God bless you

Psalm 62:1   For God alone, my soul waits in silence; from him comes my salvation.