TRULINCS 05176104 - YEMBE, DORIS - Unit: BRO-E-A

ORIGINAL

--------------------------------------------------------------------------------

FROM: 05176104
TO:
SUBJECT: Motion Hearing Request for Ruling on Feb 23 2015
DATE: 02/10/2015 08:08:11 PM

February 10 2015                                                    Brooklyn, New York

Delivered Via Legal Mail



Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Honorable and Respected Judge Levy,

As per conference held before yourself, Deborah Colson and Justin David Lerer pertaining to Doris Henriette Yembe
current defendant on case 14-MJ-403, it was stated on record per Ms.Yembe request to file a motion for consideration for ruling
to be established on scheduled conference of February 23 2015 at 10:30 was granted by the court.

This request is an official statement and motion filing request for records to be established between the court, the Government
represented by Justin David Lerer and Ms.Yembe.

The Motion to be filed 28 U.S.C & 2241 writ of Habeas Corpus Petition for Dismissal of Criminal Complaint, criminal
charges, Forfeitures action associated to assets and property forfeited as association to proceeds of alleged crime
immediate release of property and custody of Doris Henriette Yembe from Federal Bureau of Prisons, Metropolitan Detention
Center and all affiliation to custody pertaining to criminal charges and prosecution to violation of wire fraud
(Title 18 U.S.C &1343) as per the Federal Wire Fraud Act , on which Doris Henriette Yembe is currently being detained as a pre
-trial defendant.

Ms.Yembe request to be made via above mentioned Motion is to be filed prior to February 23 2015, the current request is to
prevent prejudicial delay from the Government of United States who has failed for the past on or about 10 month of Ms.Yembe
incarceration to establish probable cause or ground of her alleged crime by unlawfully incarcerating her without indictment and
supporting evidence of alleged criminal intent and/or actions.

The Government of the United Stated has had sufficient time to establish Ms.Yembe involvement witch such accusations and at
this point no justification of further delay shall be made and an official request of dismissal , official release and cloture of this
criminal case is being made before the court to ensure protection of defendant against prejudicial delay , conscience avoidance
and prosecutorial tactics of intimidation. As per Judge Jed Rakoff in the New York District its unlikely that 95% of defendants
are found guilty nor 2,400,000 Americans behind bars, which is due to pressure to plead guilty such as in complex white-collar
cases  threat of counting each separate emails as a separate case of Wire Fraud.

For this reason, Ms.Yembe lawfully request for scheduled conference of February 23  2015 to be established on record as a
motion hearing or for a second hearing to be scheduled on the same day to avoid trauma from incarceration such as strip
search procedures to affect Ms.Yembe caused by Prejudicial delay, conscience avoidance and prosecutorial intimidation
techniques from the Government of United States.

Medical accommodation requested by the Court for severe Mental Health condition has been ignored by MDC Brooklyn,
furthermore on November 20 2014 Ms.Yembe was physically violated by a male officer on Camera in MDC Brooklyn,
furthermore from February 6 2015 inclusively until February 9 2015 Ms. Yembe was verbally aggressively intimidates in public
inmate population on camera at several occasions by Male Officer Garcia on consecutive day shift from 7:30 am until 3:30 pm.

These traumatic and unfair verifiable events constitute sufficient reasons and motive to not further delay judgment and ruling to
be made as per Ms.Yembe Habeas Corpus to be filed prior to February 23 2015 hearing for ruling to  take place on February 23
2015 before Judge Levy.

No bail package is to be presented as the Habeas Corpus request is to dismiss the criminal complaint and any association
between Ms.Yembe and criminal charges and association to 18 U.S.C &1343 Violation.

TRULINCS 05176104 - YEMBE, DORIS - Unit: BRO-E-A

---------------------------------------------------------------------------------------------

Ms.Yembe, competency as per records of February 5 2014 has been established By Dr.Kleinman and mentioned on hearing, recording and records by Justin David Lerer who opposed "hybrid representation" which was denied by the court granting Ms.Yembe the right to be representing herself for the Motion Hearing with her appointed counsel Deborah Colson as co-counsel to insure that all legal grounds are covered and respected.

Respectfully Submitted

_____

Doris Henriette Yembe, Proud Follower of Jesus Christ
James 1:25 the Perfect Law that Gives Liberty

Approved Request by

_____

*Honorable and Respected*
Magistrate Judge Robert M. Levy