TRULINCS 05176104 - YEMBE, DORIS - Unit: BRO-E-A

---

FROM: 05176104
TO:
SUBJECT: Request to Wear Business Attire on April 24
DATE: 02/24/2015 01:12:10 PM

By :Legal Mail

Respected and Honorable
Magistrate Judge Robert M.Levy
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR - 2 2015 ★

BROOKLYN OFFICE

Dear Respected Judge Levy, I am formally requesting to be allowed to wear my business attire on our scheduled conference/motion hearing on April 24 2015 as well as upcoming scheduled conference(s) until my case is closed, pertaining to case 14-MJ-403 (RML) USA VS. Yembe.

Respectfully Submitted

_____
Doris Henriette Yembe, Proud Follower of Jesus Christ

Kind Regards.

Enclosure