UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                                                                 14-M-403 (RML)

DORIS HENRIETTE YEMBE,

        Defendant.

- - - - - - - - - - - - - - - - - -X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Assistant United States Attorney Christopher Nasson from this point forward will be added as counsel in the above-captioned matter.

       All future correspondence to the United States in the above-captioned matter should be sent to:

       Assistant U.S. Attorney Christopher Nasson
       United States Attorney's Office (Criminal Division)
       271 Cadman Plaza East, 5th Floor
       Brooklyn, New York 11201
       Tel:  (718) 254-6411
       Fax: (718) 254-6076
       Email: chris.nasson@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Christopher Nasson at the email address set forth above.

Dated: Brooklyn, New York
March 5, 2015

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: /s/ Christopher Nasson
Christopher Nasson
Assistant U.S. Attorney

cc: Clerk of the Court (RML)