**COLSON & HARRIS LLP**

80 Broad Street
19th Floor
New York, NY 10004

T 212-257-6455
F 212-257-6453

March 6, 2015

<u>VIA ECF</u>

Magistrate Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

  Re: *U.S. v. Doris Yembe,* (14 M 403)

Dear Judge Levy:

  I write at Ms. Yembe's request to ask that she be permitted to wear street clothes her competency hearing, scheduled for April 24, 2015 at 2:00p.m. Your Honor has previously granted Ms. Yembe permission to wear street clothes to her last three court appearances. AUSA Justin Lerer and the U.S. Marshals took no position on the initial request. The Bureau of Prisons voiced its opinion in a letter to Your Honor dated December 18, 2014.

  A proposed order is attached. Thank you for your consideration.

            Very truly yours,

            *-s-*

            Deborah Colson
            (212) 257-6452

cc: AUSA Justin Lerer

Enclosure

16714

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

UNITED STATES

    V.

DORIS YEMBE
_____

14 M 403 (RML)

ORDER

Robert M. Levy, U.S.M.J.

    Upon the application of Deborah Colson, counsel for Doris Yembe, IT IS HEREBY ORDERED, that the Metropolitan Detention Center allow Ms. Yembe, Registration #05176-104, to wear her street clothes to the court appearance on April 24, 2015.

Dated:    New York, N.Y.
            March    , 2015

SO ORDERED:

_____
Robert M. Levy
United States District Judge

16714