

U.S. Department of Justice

United States Attorney
Eastern District of New York

CLN
F. #2014R00725

271 Cadman Plaza East
Brooklyn, New York 11201

March 18, 2015

By ECF

The Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: United States v. Doris Yembe
           Criminal Docket No. 14-M-403 (RML)

Dear Judge Levy:

      The government respectfully submits this letter to request, with defense counsel's consent, a short adjournment of the competency hearing in the above-referenced case, which is presently scheduled for April 24, 2015 at 2:00 p.m.  The parties request that the competency hearing be adjourned to May 19, 2015 at 2:00 p.m., or such other date the week of May 18th that is convenient for the Court.

      The parties are currently awaiting the results of Drs. Kleinman's and Bardey's supplemental psychiatric evaluations, which are expected to be completed by the middle or end of April.  As the undersigned will be traveling out of the country during this time, a short adjournment will provide the parties the time needed to confer regarding the results of the supplemental psychiatric evaluations and prepare for a competency hearing.

      Accordingly, the parties respectfully request an adjournment of the competency hearing until May 19, 2015 at 2:00 p.m. and request that the time period from April 24, 2015 to May 19, 2015, or such other date the Court schedules the competency hearing, be excluded from the time period within which an information or indictment must

be filed.  The parties seek the exclusion of the foregoing period because of delay resulting from proceedings to determine the mental competency of the defendant.  <u>See</u> 18 U.S.C. § 3161(h)(1)(A).

          Respectfully submitted,

          LORETTA E. LYNCH
          United States Attorney

By:    <u>/s/Christopher L. Nasson</u>
        Christopher L. Nasson
        Assistant U.S. Attorney
        (718) 254-6411

cc:    Deborah A. Colson, Esq.
       Clerk of Court (RML)