**COLSON & HARRIS LLP**

80 Broad Street
19th Floor
New York, NY 10004

T 212-257-6455
F 212-257-6453

March 20, 2015

By ECF

The Honorable Robert M. Levy
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

  Re: *United States v. Doris Yembe,* 14 MJ 403

Dear Judge Levy:

  I write with the consent of AUSA Chris Nasson to request that a status conference be scheduled for the afternoon of April 6, 2015. Ms. Yembe's competency hearing has been adjourned to May and she would like opportunity to appear before Your Honor before then. AUSA Nasson will be out of town the following week, and your secretary suggested that you may be available the afternoon of the 6th.

  I appreciate the Court's consideration

Very truly yours,

*-s-*

Deborah Colson
(212) 257-6452

cc: AUSA Chris Nasson

16856