April 8 2015                                        Brooklyn, New York

14m 403 (RML)

## Establishing Trust

Honorable and Respected
Judge Robert M. Levy
United States District Court
225 Cadman Plaza East
Brooklyn, NY, 11201

FILED
IN CLERKS OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 13 2015 ★
BROOKLYN OFFICE

Dear Respected Judge Levy, I am writing to thank you for your time yesterday to address my motion although busy with a jury selection. I hope that all went well for you, I always keep you in my prayers as you already know.

I have been thinking a lot about our conferences and meetings and Remembered what you told me back in November that perhaps, my trust issues may affect my attorney client Relationship. In all Reality, you are Right, I will take your advice more seriously and share with you my current state of mind.

Yesterday, you stated that you didn't know how to handle the immigration matter and I said in response, that I had a Backup plan/strategy in case it wasn't handled. Well, It is a fact, for I have been studying the Immigration & Nationality Act 8 U.S.C.A. § 1227 in Reference to my 6th Amendment Right, Due Process and Rights as an "Alien" on America Soil.

See case: <u>HOLZAPFEL vs WYRSCH</u>, a convicted felon whom deportation was vacated and released from Prison on a psychiatric outpatient program. There is a <u>one year Rule</u> which applies to me until April 29th for my arrest was April 29th 2014 and my one year is expiring shortly, for that is how long I have been in Federal custody. There, I have an urgency to handle this immigration matter prior my birthday on May 17 and our conference on May 19, To insure my protection This matter shall be handled immediately, preserving and honoring my due process Right, as well as my 6th Amendment Right. See <u>Sakaw IWS</u> and <u>Fong Hawai Tan v Phelan.</u>

I will share with Mdr. Colson the procedure which can be Ruled on a motion in criminal court proceedings for it does not require the intervention of an immigration court. It is a waiver procedure particularily designed to protect "Aliens" such as myself from Due process (violations), 6th Amendment Right violations & illegal deportation that Regularily incur in criminal proceedings. Furthermore, I have also submitted her the motion I advised I would file yesterday, pertaining my assets, that is the motion to suppress evidence Rule 41 (f). Upon her review, she will also file that motion. Please share it with Mr. Nasson for it to be argued on May 19. When he returns from vacation. I am also filing a Motion Rule 41 (g) for Return of Property.

I want to apologize if I seemed or appeared to be either intolerant / impatient please understand I was recently victim of perjury by AUSA Lerer per exhibit 4 Supp. filed yesterday. Besides, all I have already endured. I am trying to keep my poise and remain patient however, I believe that by the information I have supplied, you can acknowledge the degree of the severity of my concerns. I have advised the Inspector General of DOJ, Loretta Lynch and will also advise the White House shortly of this for it is a crime, a serious crime, perjury is prosecutable and I want justice in every possible shape and form. Mr. Nasson is not the one who committed the offense however, he is representing the Government whom is responsible for the numerous vitiation of my rights which I intend to earn justice for.

In light of this, I apologize for anything I may have said that may have not expressed my gratitude towards your compassion and diplomacy for surely you have shown great ethics which I will always acknowledge. Thank you greatly Honorable Judge Levy. Regards Ms. Doris Henriette Yembe. God bless you :)