COLSON & HARRIS LLP

80 Broad Street
19th Floor
New York, NY 10004

T  212-257-6455
F  212-257-6453

April 27, 2015

VIA ECF

Magistrate Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

     Re:    *U.S. v. Doris Yembe, (14 M 403)*

Dear Judge Levy:

    I write at Ms. Yembe's request to ask that she be permitted to wear street clothes her competency hearing, scheduled for May 19, 2015. AUSA Justin Lerer and the U.S. Marshals took no position on the initial request. The Bureau of Prisons voiced its opinion in a letter to Your Honor dated December 18, 2014.

    A proposed order is attached. Thank you for your consideration.

              Very truly yours,

                 *-s-*

              Deborah Colson
              (212) 257-6452

cc:   AUSA Chris Nasson

Enclosure

17305

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

UNITED STATES

    V.

DORIS YEMBE

_____

14 M 403 (RML)

ORDER

Robert M. Levy, U.S.M.J.

      Upon the application of Deborah Colson, counsel for Doris Yembe, IT IS HEREBY

ORDERED, that the Metropolitan Detention Center allow Ms. Yembe, Registration #05176-104, to

wear her street clothes to the court appearance on May 19, 2015.

Dated:      New York, N.Y.
            April   , 2015

                               SO ORDERED:

                               _____

                               Robert M. Levy
                               United States Magistrate Judge

17305