**COLSON & HARRIS LLP**

80 Broad Street
19th Floor
New York, NY 10004

T 212-257-6455
F 212-257-6453

May 13, 2015

By ECF

Honorable Robert Levy
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *United States v. Doris Yembe,* 14 M 403

Dear Judge Levy:

    I write with the consent of AUSA Chris Nasson to request a one-month adjournment of the competency hearing in this matter, currently scheduled for May 19, 2015. The parties are engaged in plea negotiations. If we arrive at a disposition, the need for a hearing will be moot.

    Should Your Honor agree to adjourn the hearing, Ms. Yembe would still like to appear in court on May 19, 2015, for oral argument on her motion to dismiss.

    Thank you for your consideration.

                Very truly yours,

                /s/

                Deborah Colson
                (212) 257-6455

cc:    AUSA Chris Nasson
        Doris Yembe (MDC)

17468.docx