

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F. #2014R00725

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 28, 2015

By ECF

Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Doris Henriette Yembe
>      Criminal Docket No. 14-M-403 (RML)

Dear Judge Levy:

      The government submits this letter, with the consent of defense counsel, to request that the Court adjourn the competency hearing that was scheduled for June 4, 2015 to July 2, 2015, if that date is still convenient for the Court.  The parties continue to work toward a resolution of this case that will eliminate the need for a competency hearing.  The parties will provide the Court with an additional update by June 11, 2015, should this matter not be resolved by that date.

      Respectfully submitted,

      KELLY T. CURRIE
      Acting United States Attorney

By:    /s/ Christopher L. Nasson
      Christopher L. Nasson
      Assistant U.S. Attorney
      (718) 254-6411

cc:   Deborah A. Colson, Esq. (by ECF)
      Clerk of Court (RML)