UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,                 O R D E R

    -against-

                                   14 CR 403 (RML)

DORIS YEMBE, *et al.*

              Defendants.

--------------------------------------------------------------X

LEVY, United States Magistrate Judge:

        WHEREAS Doris Yembe is detained at the Metropolitan Detention Center

("MDC") pending trial, and

        WHEREAS Doris Yembe appears to be suffering from a serious mental illness for

which she is not receiving treatment, and

        WHEREAS Doris Yembe is not receiving treatment at the MDC for her mental

illness and, as a result, her mental condition may be deteriorating, and

        WHEREAS Doris Yembe's mental condition may be impeding Ms. Yembe's

ability to defend against, or achieve a satisfactory resolution of, the criminal charges against her,

        IT IS HEREBY ORDERED that the MDC evaluate and provide appropriate

treatment for Doris Yembe AS SOON AS POSSIBLE.

        IT IS FURTHER ORDERED that the MDC provide a Report of its evaluation and

proposed treatment plan for Ms. Yembe as soon as possible, but no later than June 16, 2015.

        SO ORDERED.

Dated: Brooklyn, New York
       June 9, 2015

                                    ROBERT M. LEVY
                                    United States Magistrate Judge