# Sarah Waldron

| | |
|---|---|
| **From:** | Alex Kapolchok <Alex@kapolchoklawservices.com> |
| **Sent:** | Thursday, June 25, 2015 5:24 PM |
| **To:** | Sarah Waldron |
| **Cc:** | Deborah Colson |
| **Subject:** | Urgent EFC message |

Please send this Urgent EFC message for Ms. Yembe

Sarah please forward this exact message to Judge Levy on my behalf via EFC and confirm with me and Alex that it was done.

-----------------------------------------------------------------------------------------------------------

Dear Respected and Honorable Judge Levy, please understand my concern and do not take offense for my absence in
court today. I was not prepared mentally or emotionally to physically attend the hearing. On our last hearing I had express my discomfort of crying in public, and that was caused by the Sexual Harassments and assault incident which took place on June 9 which made me late for that hearing. I have reported the incidence via MDC, but they are not addressing my concern. Given the source of all my trauma Medical history is due to my history of sexual abuse I beleive you can understand my position. I was forced to go throught strip search today althougth I did not attend courtm I was brutally forced by the officer
and I was locked in a cell for over 3 hours for no reason. You have not been able to scheduled the conference call due to MDC lack of profesionalism, my trauma is increasing and Kapolchok Law Servcies from California has been providing CBT, legal assistance and communication assisitace (see faxes submitted on my behalf) since May 27 2015 out of pocket (see legal mail I sent with evidence of 30$ expense. Which is why I made the request for the co-counsel budget, given my mental health is a priority and with the recent incident my need for CBT is increasing. Tomorrow Colson is scheduled for our montly transfer and I please ask that the co-counsel budget be granted until we can secure a time for the conference call.

I agree to appear on July 2 for the dismissal that was schedule, if I have my healt handled properly in the interim, and if you can insure that the voluntary departure is properly addressed. You need to initate directlythe process with Immigration and provide proof of travel, which shall be a flight. I have a Civil Case since April 18 2014 filed in Supreme court of New York and due to this case, a default judgment has been made and I need to fight it in person and will agree to leave on August 7
but I am flying to Paris not Canada. I have a Canadian Passport and I can fly anywhere and I am flying to Paris to recover from this trauma.

Regards.