# UNITED STATES DISTRICT COURT

_____ EASTERN _____ DISTRICT OF _____ NEW YORK _____

UNITED STATES OF AMERICA

v.

DORIS YEMBE

**MOTION AND ORDER DISMISSING THE COMPLAINT WITHOUT PREJUDICE**

CASE NUMBER: 14-MJ-403

## MOTION FOR AN ORDER DISMISSING THE COMPLAINT WITHOUT PREJUDICE

The United States of America hereby moves to dismiss the complaint without prejudice as to the above named defendant. Counsel for defendant (where applicable), _____, does not oppose this motion.

- [x] Defendant is in custody and should be released.
- [ ] Defendant is incarcerated on another matter and should not be released  ICE Detainer 
- [ ] Defendant is not in custody and was released on a bond not secured with property.
- [ ] Defendant is not in custody and was released on a bond secured with property.
- [ ] Defendant is not in custody and is not released on a bond.

June 29, 2015
Date

ASSISTANT U.S. ATTORNEY Christopher L. Nasson

## ORDER DISMISSING THE COMPLAINT WITHOUT PREJUDICE

The United States having moved to dismiss the complaint without prejudice and there being no opposition, the motion to dismiss the complaint without prejudice is granted and any outstanding underlying warrants are hereby vacated.

- [ ] The United States must cooperate with defendant or his counsel in promptly executing all documents necessary to vacate any liens recorded against property and sureties securing the bond.

SO ORDERED.

6/29/15
Date

UNITED STATES MAGISTRATE JUDGE
Hon. Robert M. Levy

TO: THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF NEW YORK

- [x] It is further Ordered that the United States Marshals Service for the Eastern District of New York release the above named defendant.
- [ ] It is further Ordered that the United States Marshals Service for the Eastern District of New York not release the above named defendant since he is incarcerated on another matter.

6/29/15
Date

UNITED STATES MAGISTRATE JUDGE
Hon. Robert M. Levy